UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:23-cr-81-MSS-TGW
                                      21 U.S.C. § 846
LUIS IRIZARRY-SANTIAGO                21 U.S.C. § 841
  a/k/a "Bullet"
JANEL GENEREUX

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl)**

Beginning on an unknown date and continuing through on or about the date of this Indictment, in the Middle District of Florida, and elsewhere, the defendants,

LUIS IRIZARRY-SANTIAGO, a/k/a "Bullet," and
JANEL GENEREUX,

did knowingly and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute controlled substances, which violation involved mixtures and substances containing detectable amounts of fentanyl and cocaine, both Schedule II controlled substances; and para-fluorofentanyl, a Schedule I controlled substance.

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C).

## COUNT TWO
**(Distribution and Possession with Intent to Distribute Fentanyl)**

On or about August 3, ~~2023~~ 2022 (DMB), in the Middle District of Florida, the defendants,

LUIS IRIZARRY-SANTIAGO, a/k/a "Bullet," and
JANEL GENEREUX,

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute controlled substances, which violation involved a mixture and substance containing detectable amounts of fentanyl and cocaine, both Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 841 and/or 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants

obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

    3.    The property to be forfeited includes, but is not limited to, the following:

        a.    Approximately $28,889 in United States Currency seized on September 8, 2022 from defendant, Luis Irizarry-Santiago;

    4.    If any of the property described above, as a result of any acts or omissions of the defendants:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: /s/ DANIEL BAEZA
DANIEL BAEZA
Assistant United States Attorney

By: /s/ JOSEPH K. RUDDY
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Transnational Organized Crime

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

LUIS IRIZARRY-SANTIAGO a/k/a "Bullet"
JANEL GENEREUX

INDICTMENT

Violations: 21 U.S.C. § 846 & 21 U.S.C. § 841

A true bill,

_____
Foreperson

Filed in open court this 2nd day

of March 2023.

_____
Clerk

Bail $_____

GPO 863 525