UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONORABLE MARY S. SCRIVEN

| | | | |
|---|---|---|---|
| CASE NO. | 8:23-cr-81-MSS-TGW | DATE: | January 24, 2024 |
| TITLE: | **USA v. Luis Irizarry-Santiago** | | |
| TIME: | 2:03 PM – 3:45 PM | TOTAL: | 1 hour and 42 minutes |

| | |
|---|---|
| Courtroom Deputy: Briana Heard | Interpreter: N/A |
| Court Reporter: David Collier | Probation: Natalie Holton |
| Counsel for Government: | Daniel Michael Baeza |
| Counsel for Defendant: | Bryant R. Camareno |

## CRIMINAL MINUTES

Court in session and counsel identified for the record. Agent Vincent Desiderio is present at Government's table.

Defendant sworn and adjudicated guilty as to Count One of the Indictment.

Agent Vincent Desiderio sworn and testified on direct examination by Dan Baeza. Cross examination by Bryant Camareno. Redirect by Dan Baeza.

Allocution by Defendant.

Imprisonment: **ONE HUNDRED (100) MONTHS** with credit for time served since the date of arrest on March 3, 2023.

Supervised Release: **THREE (3) YEARS.**

Fine is waived.

Special Assessment: $100.00. This obligation is to be paid immediately.

Special conditions of supervised release:

1. Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, Defendant is directed to submit to random drug testing.

2. Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

3. Defendant shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable

time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year. Defendant shall refrain from any unlawful use of a controlled substance. Further the defendant shall submit to one drug within 15 days of placement on supervision and at least 2 periodic drug tests thereafter as directed by the probation officer.

Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

The Court makes the following recommendations to the Bureau of Prisons:
1. Defendant shall be placed at FCI Coleman to be in close proximity to his family.
2. Defendant shall be evaluated for, and participate in, the 500-hour Intensive Drug Treatment Program (RDAP).
3. Defendant shall participate in any vocational and educational programs that are available in the Bureau of Prisons. Including but not limited to training in mechanics, electrical work, and plumbing.
4. Defendant shall complete his GED or other equivalency post-elementary school education.

Defendant is remanded to the custody of the US Marshal.

Count 2 of the Indictment is dismissed on motion by the U.S. Attorney.

Defendant advised of right to appeal and of right to counsel on appeal.

Forfeiture ordered by the Court. Forfeiture order entered on September 26, 2023, is made a part of the Judgment.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 30 |
| Criminal History Category | VI |
| Imprisonment Range | 168 months - 210 months |
| Supervised Release Range | 3 years |
| Restitution | N/A |
| Fine Range | $30,000 - $1,000,000 |
| Special Assessment | $100.00 |

Adjustments/changes to the PSR:

Defense objected to the obstruction enhancement. SUSTAINED, for the reasons stated on the record.